# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE DEANGELO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTS MIRACLE-GRO COMPANY, an Ohio Corporation,<br><br>Defendant. | Case No. 19-cv-2387-LAB-MSB<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**<br>**[Dkt. 37]** |

Pursuant to the Joint Motion to Dismiss filed by the Parties, (Dkt. 37), and in accordance with Federal Rule of Civil Procedure 41, the Court **ORDERS** that this action, including each and every cause of action alleged by Plaintiff Luke DeAngelo therein, is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 25, 2021

_____
Hon. Larry Alan Burns
United States District Judge